

```
                                                    CLERKS OFFICE U.S. DIST. COURT
                                                          AT HARRISONBURG, VA
                                                                  FILED
                                                               8/29/18
                                                    JULIA C. DUDLEY, CLERK
                                                    BY:    s/ K. DOTSON
                                                          DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE PREMISES LOCATED AT 45 SPRING HOUSE LANE, BERRYVILLE, VIRGINIA | <u>SEALED</u><br><br>Case No. __5:18mj00050__ |

## MOTION TO SEAL

The United States of America requests that the Search Warrant, Application for a Search Warrant, Affidavit in Support, this Motion to Seal, and Order to Seal in the above-captioned matter remain under seal of this Court for the following reasons: The government states that the disclosure of the above-listed documents would seriously jeopardize the ongoing investigation, including by giving targets an opportunity to destroy or tamper with evidence, change patterns of behavior, or notify confederates of the criminal investigation.

For the reasons set for above, the government respectfully moves this Honorable Court to seal the above-listed documents for 30 days or until further order of this Court.

Respectfully submitted,

THOMAS T. CULLEN
United States Attorney


/s/ Erin M. Kulpa
Erin M. Kulpa
Assistant United States Attorney
VSB No. 71168

Western District of Virginia
116 North Main Street
Harrisonburg, VA 22802
TEL (540) 432-6636
erin.kulpa@usdoj.gov

1