

CLERKS OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

8/29/18

JULIA C. DUDLEY, CLERK
BY: s/ K. DOTSON
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE PREMISES LOCATED AT 45 SPRING HOUSE LANE, BERRYVILLE, VIRGINIA | <u>SEALED</u><br><br>Case No. 5:18mj00050 |

### ORDER

Upon motion by the government and for good cause shown, the Search Warrant, Application for a Search Warrant, Affidavit in Support, this Motion to Seal, and Order to Seal in the above-captioned matter shall be sealed for the following reasons:

1. The Court finds that the disclosure of the above-listed documents would seriously jeopardize the ongoing investigation.

2. The government requests that the above-listed documents remain under seal for 30 days or until further order of this Court.

IT IS THEREFORE ORDERED that the Search Warrant, Application for a Search Warrant, Affidavit in Support, this Motion to Seal, and Order to Seal shall remain under seal for 30 days or further order of this Court.

8/29/18
_____ _____
Date United States Magistrate Judge

1