

SEALED

CLERKS OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

8/29/18

JULIA C. DUDLEY, CLERK
BY: s/ K. DOTSON
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

In the Matter of the Search of  )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No. 5:18mj00050
The Hunting Consortium )
45 Spring House Lane )
Berryville, Virginia )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

located in the ____Western____ District of ____Virginia____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. 1343 | Wire Fraud |
| 18 U.S.C. 1344 | Financial Institution Fraud |

The application is based on these facts:

See attached Affidavit in Support of Application for a Search Warrant.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/Theresa C. Hudson
*Applicant's signature*

Special Agent Theresa C. Hudson, FBI
*Printed name and title*

Received by reliable electronic means
and sworn and attested to by telephone.

Date: 08/29/2018

*Judge's signature*

City and state: Charlottesville, Virginia

Joel C. Hoppe, United States Magistrate Judge
*Printed name and title*