CLERKS OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
9/19/18
JULIA C. DUDLEY, CLERK
BY: s/ K. DOTSON
DEPUTY CLERK

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: 5:18-mj-00050 | Date and time warrant executed: 8/30/2018 | Copy of warrant and inventory left with: Robert K. Kern |
|---|---|---|

Inventory made in the presence of: SA Theresa C Hudson

Inventory of the property taken and name of any person(s) seized:

See Attached.

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/31/2018

_____
Executing officer's signature

SA Theresa C Hudson
Printed name and title

Received in chambers by reliable electronic means on September 19, 2018.

_____
USMJ

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**
Receipt for Property Received/Returned/Released/Seized

File # 281H-RH-6204551

On (date) 8/30/2018

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) _____

(Street Address) 45 Spring House Ln,

(City) Berryville, VA

Description of Item(s):
1. 5 binders labelled Hunt Pa-Pe 2016; Brockman 2014; Giulius 2015; Ha 2014; Sackman 2015
2. 5 binders labelled Hunt E 2015; I-K 2016; Madero 2015; K 2014; H 2014
3. CD-R labelled JX Jones Iran Photos
4. 3 sleeves of documents pertaining to trip insurance
5. 3 binders labelled Hunt G 2018; Iran Pending Ballantine, Camacho, Cavazos, Francois; Iran Pending Megazzi, Montgomery, Seegmiller
6. 5 binders labelled Corr M-N 2016; V-Z 2016; A-B 2017; C-G 2017; H-N 2017
7. 5 binders labelled Notes; Hunt S-Sh 2016; Sanchez Ricky; Corr T-Z 2017; VIP Client Ballots
8. 2 binders labelled Calendars; Hunt C 2014
9. 2 sleeves of documents pertaining to Iran
10. 2 binders labelled CPO Travel Guard - Global Rescue - Insurance; Travel Guard + Global Rescue
11. Seagate Barracuda 7200.12; ST31000528AS, S/N: 9VP7GGQ5 1TB HDD
12. Seagate Free Agent 9KW2AL-502 S/N: 2GE90HCQ 1TB external HDD with case + cord
13. Digital image of Gateway NE56R49U, S/N: NXY14AA00330814FFA340
14. 8 Documents related to Iran travel
15. 2 binders labeled Iran 2018; Iran 2012-2017; 1 booklet titled Sportsman's Travel Insurance Plan

Received By: _____ (Signature)

Received From: _____ (Signature)

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 281H-RH-6204551

On (date) 8/30/2018

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) _____

(Street Address) 45 Spring House Ln, Berryville, VA

(City) Berryville, VA

Description of Item(s):

16. Digital image of hard drive from Sony Vaio laptop S/N: 275275303001088

17. Digital images of 4GB, 16GB, 32GB thumbdrives + harddrive from Gateway laptop S/N: NXY14AA0033081572034OO

18. 4 binders labelled Hunt black 2011; Hunt mays 2011; Hunt Knowlton 2011; Hunt Hammar 2011

19. 3 binders labelled The Hunting Report 2013-2014; Hunt C-F 2011; Hunt A-C 2012

20. 3 binders labelled Hunt A-B 2011; Knowlton; The Hunting Report 2011-2012

21. 3 binders labelled Hunt St-Z 2012; Iran 2011; Hunt Europe 2011

22. 3 binders labelled Hunt N-S 2013; Hunt L-M 2013; Hunt A-B 2013

23. 3 binders labelled Jackson 2009-2014; Hunt Europe 2013; Hunt Snider 2013

24. image of kindle fire model C9R6QM, S/N: D0FBA0A03503029T

25. Barracuda 7200.8, 400Gbytes image of harddrive of desk C1

26. Binder labelled Jackson 2015

27. Image of 1TB HDD Western Digital S/N: WCC6Y4CEHEYT

28. Binder - HUNT G-M 2011

29. **Dell Inspiron Service Tag: G3ZFPL1**

30. Images from LG Tower HDDS upper drive: QRH10673855 lower drive: QRH9VMJA883

31. Hitachi HDD Image of Asus Tower Computer - Mdl-H3CD-DB52 S/N: HLPDCG000AJT

Received By: _____ (Signature)    Received From: _____ (Signature)

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 281H-RH-6204551

On (date) 8/30/2018

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) _____
(Street Address) 45 Spring House Ln
(City) Berryville, VA

Description of Item(s):

32. Hitachi Hard Drive Image of Gateway Laptop NE56R49a S/N: NXY14AA003308158703401

33. Images from HP Pavilion HDD QRHCNF7364DRC and SanDisk Glide USB Storage Device QRHRMN001

34. Images of 5 thumbdrives and 1 SD card

35. Images of 5 thumbdrives

36. LG Computer tower config ID: 106973855

37. Binder labelled USFWS

38. Network Storage Synology S/N: 16A0NKN712802

39 Two Binders labeled STUPAR 2014, STUPAR 2015 2016

no further Entries

Received By: _____ (Signature)
Received From: _____ (Signature)